UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6148-CIV-ZLOCH



LOUIS H. CHIPPAS,

    Petitioner,

vs.

UNITED STATES PAROLE
COMMISSION, et al.,

    Respondents.
_____/

**ORDER OF REFERRAL TO**
**UNITED STATES MAGISTRATE JUDGE**
**BARRY S. SELTZER**

THIS MATTER is before the Court sua sponte, and upon the Petitioner, Louis H. Chippas', Supplement to Petition For Writ of *Habeas Corpus* Pursuant To U.S.C. ss 2241, (DE 1). The Court having carefully reviewed the court file herein and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that pursuant to the provisions of 28 U.S.C. § 636 and pursuant to Rule 1 of the Magistrate Rules for the United States District Court, Southern District of Florida, the above-styled cause be and the same is hereby referred to United States Magistrate Barry S. Seltzer for a report and recommendation

3

as to disposition of same.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 16th day of February, 2000.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

The Honorable Barry S. Seltzer
United States Magistrate Judge

Joe D. Harrington, Esq.
For Petitioner