UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6148-CIV-ZLOCH

LOUIS H. CHIPPAS,

    Petitioner,

vs.

                   ORDER OF RECUSAL

UNITED STATES PAROLE
COMMISSION, et al.,

    Respondent.
_____/

    The undersigned Magistrate Judge, to whom the above-styled case has been assigned, hereby recuses himself/herself and refers the case to the Clerk of the Court for reassignment pursuant to 28 U.S.C. 137, and Local Rule 4.

    DONE AND ORDERED at Fort Lauderdale, Florida this 10th day of February 2000

                              BARRY S. SELTZER
                              United States Magistrate Judge

    In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to the calendar of **United States Magistrate Judge** LURANA S. SNOW.

    Copies of this Order shall be served on all pending parties of record by United States Mail. All documents for filing in this case shall carry the following case number and designation:_____.

    By Order of this Court this 10th day of February 2000.

                              Clarence Maddox, Clerk
                              Clerk of Court

                              By:_____
                              Deputy Clerk

1



Copies to:

Honorable William J. Zloch
United States District Court

Joe D. Harrington, P.A.
One South Orange Avenue, Suite 304
Orlando, Florida 32801
Attorney for Petitioner

United States Parole Board

United States Attorney's Office