UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6148-CIV-ZLOCH

LOUIS H. CHIPPAS,　　　　　　　　:

　　　Plaintiff,　　　　　　　　　:

v.　　　　　　　　　　　　　　　　:

UNITED STATES PAROLE　　　　　　 :
COMMISSION, et al.,

　　　Defendants.　　　　　　　　 :

### NOTICE OF RECUSAL

The undersigned judge, to whom the above-styled cause has been assigned, hereby recuses herself and refers the case to the Clerk of Court for reassignment pursuant to 28 U.S.C. 455 and Local Rule 3.6.

DATED at Fort Lauderdale, Florida, this _____ day of February, 2000.

_____
LURANA S. SNOW
CHIEF UNITED STATES MAGISTRATE JUDGE

In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to Magistrate Judge **LINNEA R. JOHNSON**.

Copies of this Notice shall be served on all pending parties of record by United States Mail.

By order of Court this **23rd** day of **February** 2000.

CLARENCE MADDOX
Clerk of Court

_____
By: Deputy Clerk

Copies to:
William J. Zloch, United States District Judge
Lurana S. Snow, Chief United States Magistrate Judge
**Linnea R. Johnson**　　, United States Magistrate Judge
Ms. Lucy Lara, Case Assignment Clerk
Joe Harrington, Esq.