UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   00-6148-CIV-ZLOCH/JOHNSON

LOUIS H. CHIPPAS,

    Plaintiff,

vs

UNITED STATES PAROLE COMMISSION, et al,

    Defendant.
_____/



## ORDER

**THIS CAUSE** is before the Court on Louis H. Chippas Petition for Writ of Habeas Corpus. This Court has reviewed the pleadings filed incident to this matter and is otherwise duly advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Government shall respond to said Petition within thirty (30) days from the date hereof.

**DONE AND ORDERED** on February 28, 2000, in Chambers, at West Palm Beach, Florida.

                      LINNEA R. JOHNSON
                      UNITED STATES MAGISTRATE JUDGE

CC:    The Honorable William J. Zloch
        U. S. Attorney's Office
        Joe D. Harrington, Esquire
            1 South Orange Avenue
            Orlando, Florida 32801