UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6148-CIV-ZLOCH
84-6034-CR-ZLOCH

LOUIS N. CHIPPAS,

    Movant

v.

UNITED STATES OF AMERICA,

    Respondent.

## GOVERNMENT'S MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO FILE REPLY TO MOVANT'S PLEADING.

Comes now the United States of America by and through the undersigned Assistant United States Attorney and files this Government's Motion for an Enlargement of Time Within Which to file response to Movant's pleading in support thereof states as follows;

1. On April 4, 2000, the undersigned was assigned to file a response in this matter. The undersigned has no prior knowledge of this matter and the record reflects that Movant has filed two prior 2255s and one 2241 pleadings. The undersigned needs to obtain those pleading and review them prior to responding to Movant's latest pleading.

2. Undersigned counsel has numerous professional and personal commitments that were deferred during recent trial preparation and presentation and respectfully requests an enlargement of time of 30 days in which to comply with the court's order. If granted this extension of time the government's rely would be due on or before May 4, 2000.



3.  On April 5, 2000, the undersigned, pursuant to local Rule 88.9 contacted Joe D. Harrington, opposing counsel, who advised that he opposed the government's motion.

4.  This motion for an enlargement of time in not being sought for any tactical advantage, but only to enable the undersigned to properly response to complex issues and learn the procedural history of the case.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

*Thomas P. Lanigan*
THOMAS P. LANIGAN
Assistant United States Attorney
Court No. A5500033
500 East Broward Blvd., #700
Fort Lauderdale, Florida 33394

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing was mailed the 5th day of April, 2000 to Joe D. Harrington, Esquire, One South Orange Avenue, Orlando, Florida 32801.

*Thomas P. Lanigan*
THOMAS P. LANIGAN
Assistant United States Attorney