UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6148-CIV-ZLOCH
84-6034-CR-ZLOCH

LOUIS N. CHIPPAS, )
)
     Movant. )
v. )
)
)
UNITED STATES OF AMERICA, )
)
     Respondent. )
_____/



## ORDER

This cause is before the Court on the Government's motion for an 30 day Enlargement of Time within which to file a response to Movant's pleading.

For good cause being shown it is

**ORDERED** and **ADJUGED** that the government's motion is granted making the government's response due on or before May 4, 2000.

**DONE** and **ORDERED** at West Palm Beach, this __7__ day of April, 2000.

LINNEA R. JOHNSON
UNITES STATES MAGISTRATE JUDGE

cc: The Honorable William J. Zloch
    AUSA Thomas P. Lanigan
    Joe D. Harrington, Esq.

