**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6148-CIV-ZLOCH/JOHNSON

LOUIS H. CHIPPAS,

    Petitioner,

vs

UNITED STATES PAROLE COMMISSION,

    Respondent.

_____/

FILED by _____ D.C.

SEP 11 2000

CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### ORDER

**THIS CAUSE** is before the Court on Government's Motion to Dismiss Habeas Corpus Petition (Docket Entry No. 9). This Court has reviewed the pleadings filed incident to this matter and is otherwise duly advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that said motion is **DENIED AS MOOT**.

**DONE AND ORDERED** on September 11, 2000, in Chambers, at West Palm Beach, Florida.

LINNEA R. JOHNSON
CHIEF UNITED STATES MAGISTRATE JUDGE

CC:    The Honorable William J. Zloch
        Scott E. Ray, AUSA
        Joe Daniel Harrington Esq.
            One South Orange Avenue  Ste. 304
            Orlando, FL 32801