UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6148-CIV-ZLOCH

FILED by _____ D.C.

SEP 29 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

LOUIS H. CHIPPAS,

    Petitioner,

vs.                        **FINAL ORDER OF DISMISSAL**

UNITED STATES PAROLE
COMMISSION, et al.,

    Respondents.
_____/

THIS MATTER is before the Court upon the Report and Recommendation Of Magistrate Judge (DE 13), filed herein by United States Magistrate Judge Linnea R. Johnson, and upon the Petitioner, Louis H. Chippas' Objections To U.S. Magistrate's Report and Recommendation (DE 15). The Court has conducted a de novo review of the entire record herein and after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Petitioner, Louis H. Chippas' Objections To U.S. Magistrate's Report and Recommendation (DE 15) be and the same are hereby **OVERRULED**;

2. The Report of Magistrate Judge (DE 13) filed herein by United States Magistrate Judge Linnea R. Johnson be and the same is hereby approved, adopted and ratified by the Court;

3. The Petition for Writ Of Habeas Corpus filed herein be

and the same is hereby **DENIED**;

4. The above-styled cause be and the same is hereby **DISMISSED**; and

5. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _29th_ day of September, 2000.

_____
WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

The Honorable Linnea R. Johnson
United States Magistrate Judge

Joe D. Harrington, Esq.
For Petitioner

Thomas P. Lanigan, Esq., AUSA
For Respondents