UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6148-CIV-ZLOCH

LOUIS H. CHIPPAS,

    Petitioner,

vs.

UNITED STATES PAROLE
COMMISSION, et al.,

    Respondents.
_____/

**ORDER DENYING
CERTIFICATE OF APPEALABILITY**

FILED by ___ D.C.
SEP 2 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

THIS MATTER is before the Court sua sponte. The Court having denied Petitioner's Motion To Vacate finds that the Petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(2).

Accordingly, it is

**ORDERED AND ADJUDGED** that the issuance of a Certificate of Appealability be and the same is hereby **DENIED** for the reasons set forth above.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___29th___ day of September, 2000.

/s/ William J. Zloch
WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:
See attached Mailing List

LOUIS H. CHIPPAS v. UNITED STATES PAROLE COMMISSION, et al.,
CASE NO. 00-6148-CIV-ZLOCH

The Honorable Linnea R. Johnson
United States Magistrate Judge

Joe D. Harrington, Esq.
1 South Orange Ave, Suite 304
Orlando, FL 32801
For Petitioner

Thomas P. Lanigan, Esq., AUSA
For Respondents